**Ex parte Raymond Dominic COZZI, Jr.**

**No. 2–04–037–CR.**

Court of Appeals of Texas, Fort Worth.

April 29, 2004.

T. Richard Alley, Fort Worth, for Appellant.

Charles M. Mallin, Assistant Criminal District Attorney, Fort Worth, for Appellee.

PANEL F: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

## OPINION

LEE ANN DAUPHINOT, Justice.

Appellant Raymond Dominic Cozzi, Jr. appeals from the trial court's order dismissing his article 11.072 application for writ of habeas corpus as moot.[1] Article 11.072 provides that "the trial court *shall* enter a written order granting or denying

---

1. TEX.CODE CRIM. PROC. ANN. art. 11.072 (Vernon Supp.2004).

the relief sought in the application."[2]  An applicant may appeal from the denial of any or all relief.[3]  In this case, the trial court did not enter the statutorily mandated ruling but instead dismissed the application.  While Appellant could have very well filed a petition for a writ of mandamus in this court, requesting that the trial judge be ordered to rule on his application,[4] he does not have the right to appeal from a dismissal of his application.[5]  We therefore dismiss this appeal for want of jurisdiction.

---

**2.**  *Id.* art. 11.072, § 6(a) (emphasis added).

**3.**  *Id.* art. 11.072, § 8.

**4.**  *See Ex parte Hargett,* 819 S.W.2d 866, 868 (Tex.Crim.App.1991); *Barnes v. State,* 832 S.W.2d 424, 426 (Tex.App.-Houston [1st Dist.] 1992, orig. proceeding); *Von Kolb v. Koehler,* 609 S.W.2d 654, 655–56 (Tex.App.-El Paso 1980, orig. proceeding).

**5.**  *See* Tex.Code Crim. Proc. Ann. art. 11.072, § 8; *Ex parte Noe,* 646 S.W.2d 230, 231 (Tex. Crim.App.1983).